IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:12CV00056-MHT |
| | )                    (WO) |
| AUTUMN EVANS-DEAVER, RN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>JUDGMENT</u>

Upon consideration of the joint Motion for Entry of Consent Judgment (Doc. No. 5) filed herein on March 8, 2012, it is ORDERED, ADJUDGED and DECREED that the motion is granted and the plaintiff, United States of America, have and recover of the defendant, Autumn Evans-Deaver, RN,  the sum of $14,507.91 ($10,167.94 principal and $4,339.97 interest accrued through November 30, 2011); and interest to accrue at the rate of 12.375 percent per annum thereafter to the date of judgment, and interest from the date of judgment at the legal rate per annum, until paid in full.  It is further ORDERED that costs be and the same are hereby taxed against the defendant for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DATED this _____13th___ day of _____March_____, 2012.

_____/s/___Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE